UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARKI NARVAEZ,

               Plaintiff,

-against-

UNITED STATES OF AMERICA and
U.S. DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT,

               Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 2240 (SLT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JAN 2 2 2007 ★
TIME A.M. / P.M.

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on January 19, 2007, granting defendant's motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1); and dismissing plaintiff's complaint with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that defendant's motion to dismiss plaintiff's complaint for lack of subject matter jurisdiction is granted; and that plaintiff's complaint is dismissed with prejudice.

Dated: Brooklyn, New York
       January 19, 2007

                                                                        ROBERT C. HEINEMANN
                                                                        Clerk of Court